UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER ADAM SANDERS,

           Petitioner,

    v.

SCOTT FRAUENHEIM, Warden,

           Respondent.

Case No. 17-05008 BLF (PR)

**JUDGMENT**

       For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

       **IT IS SO ORDERED**.

Dated:   8/8/2018

BETH LABSON FREEMAN
United States District Judge